UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASSELLS, | No. 2:14-cv-1042 GEB KJN P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| AUDREY KING, | |
| Respondent. | |

   Petitioner, proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee.

   In his application, petitioner challenges his detention in Coalinga State Hospital based on proceedings under the Sexually Violent Predator Act ("SVPA") in the Alameda County Superior Court, Case No. 164341.[1] Petitioner is incarcerated at the Coalinga State Hospital in Coalinga,

---

[1] In the form petition, petitioner first claims that proceedings are ongoing in the Sacramento County Superior Court, and cites "SVPA Case No. 05F04412." (ECF No. 1 at 2.) Later, petitioner claims that he is represented by counsel in <u>People of the State of California vs. Anthony Cassells</u>, Case No. 05F04412. However, in the typewritten petition, petitioner states that he is a civil detainee awaiting proceedings pursuant to the SVPA in the Alameda County Superior Court, Case No. 164341 (ECF No. 1 at 11, 12), and that such petition was filed by the Alameda County District Attorney, and that he is held, "despite the absence of any pending criminal charge or sentence," by both the Alameda County Jail and the Coalinga State Hospital, "due to" the Alameda County Superior Court "having ordered petitioner committed under the SVPA." (ECF No. 12.)

1

1 | California.  Coalinga is located in Fresno County.  Fresno County is part of the Fresno Division
2 | of the United States District Court for the Eastern District of California.  See Local Rule 120(d).
3 |     In habeas corpus cases, venue is proper:  (1) in the district of confinement, or (2) in the
4 | district of "conviction and sentencing."  28 U.S.C. § 2241(d).  Here, petitioner claims he is a civil
5 | detainee, awaiting proceedings under the SVPA in Case No. 164341, an action taking place in the
6 | Alameda County Superior Court, and currently resides at Coalinga State Hospital.  (ECF No. 1 at
7 | 12.)  Petitioner names Audrey King, the executive director of Coalinga State Hospital as the
8 | respondent.  (Id.)
9 |     Petitioner is currently confined in the Coalinga State Hospital located in Fresno County,
10 | California, which is within the Eastern District of California, and thus venue is proper in the
11 | Eastern District, Fresno Division.  28 U.S.C. § 84; 28 U.S.C. § 2241(d).
12 |     Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
13 | division of a court may, on the court's own motion, be transferred to the proper division of the
14 | court.  Therefore, this action is transferred to the Fresno Division of the court
15 |     Good cause appearing, IT IS HEREBY ORDERED that:
16 |     1. This action is transferred to the United States District Court for the Eastern District of
17 | California sitting in Fresno; and
18 |     2. All future filings shall reference the new Fresno case number assigned and shall be
19 | filed at:

>           United States District Court
>           Eastern District of California
>           2500 Tulare Street
>           Fresno, CA 93721

Dated:  June 10, 2014

cass1042.109

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE